In the Matter of the Claim of ANNA JOSEPH, Respondent, against STERILEK COMPANY, INC., Appellant, Impleaded with Another.

STATE INDUSTRIAL BOARD, Respondent.

Submitted April 25, 1941; decided May 22, 1941.

*Jacob Krisel* for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.